THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE KING, | CASE NO. CR20-1557-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEICO INSURANCE and DEPARTMENT HIGHWAY SAFETY MOTOR VEHICLE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Nikie King filed an application to proceed *in forma pauperis* and a proposed *pro se* complaint naming as Defendants Geico Insurance Company and the Department of Highway Safety and Motor Vehicles in West Palm Beach, Florida (Dkt. Nos. 1, 1-1). Under 28 U.S.C. § 1391(b), civil actions in federal court may be brought, with limited exceptions, only in the judicial district where defendants reside or in a judicial district in which a substantial part of the events giving rise to the claim occurred. When a case is filed in the wrong district, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

Although Plaintiff's factual allegations are unclear, they appear to involve Florida

MINUTE ORDER
CR20-1557-JCC
PAGE - 1

defendants and relate to events that took place in Florida and to ongoing court proceedings in Florida. The Court therefore ORDERS Plaintiff to show cause why this matter should not be dismissed for improper venue under 28 U.S.C. § 1406(a). Plaintiff must file her response within twenty-one (21) days of the date of this Order.

DATED this 23rd day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk