THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE KING, | CASE NO. C20-1557-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEICO INSURANCE and DEPARTMENT HIGHWAY SAFETY MOTOR VEHICLE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff Nikie King filed an application to proceed *in forma pauperis* and a proposed *pro se* complaint naming as Defendants Geico Insurance Company and the Department of Highway Safety and Motor Vehicles in West Palm Beach, Florida (Dkt. Nos. 1, 1-1). On November 23, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed for improper venue under 28 U.S.C. § 1406(a) as Plaintiff's factual allegations appear to involve Florida defendants and relate to events that took place in Florida and to ongoing court proceedings in Florida. (Dkt. No. 5.) On December 7, 2020, the Court's order to show cause (Dkt. No. 5), mailed to Plaintiff by the Clerk, was returned as undeliverable. (Dkt. No. 6.)

MINUTE ORDER
CR20-1557-JCC
PAGE - 1

1   Local Civil Rule ("LCR") 10(f) requires parties to notify the Court of any change of
2 address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address. . . . If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing . . . address, the court may dismiss the action without prejudice for failure to prosecute.

Pursuant to these local rules, if Plaintiff does not update her current address by February 5, 2021, the Court may dismiss this action without prejudice for failure to prosecute.

DATED this 28th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-1557-JCC
PAGE - 2