THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE KING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GEICO INSURANCE and DEPARTMENT HIGHWAY SAFETY MOTOR VEHICLE,<br><br>　　　　　　Defendants. | CASE NO. C20-1557-JCC<br><br>ORDER |

　　　　This matter comes before the Court *sua sponte*. Plaintiff Nikie King filed an application to proceed *in forma pauperis* and a proposed *pro se* complaint naming as Defendants Geico Insurance Company and the Department of Highway Safety and Motor Vehicles in West Palm Beach, Florida (Dkt. Nos. 1, 1-1). On November 23, 2020, the Court ordered Plaintiff to show cause why this action should not be dismissed for improper venue under 28 U.S.C. § 1406(a) as Plaintiff's factual allegations appear to involve Florida defendants and relate to events that took place in Florida and to ongoing court proceedings in Florida. (Dkt. No. 5.) On December 7, 2020, the Court's order to show cause (Dkt. No. 5), mailed to Plaintiff by the Clerk, was returned as undeliverable. (Dkt. No. 6.) The Court therefore ordered Plaintiff to notify the Court of her current address by February 5, 2021 or face dismissal of this action for failure to prosecute. (Dkt. No. 7.) Plaintiff has not responded to the Court's order.

More than sixty days have passed since the Court's order to show cause was returned by the United States Postal Service. Local Civil Rule 41(b)(2) provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address . . . . If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

W.D. Wash. Local Civ. R. 41(b)(2). Pursuant to LCR 41(b)(2), the Court DISMISSES this action without prejudice for failure to prosecute and DENIES Plaintiff's IFP application (Dkt. No. 1) as moot.

DATED this 26th day of February 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE